A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on May 08, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Apr 22, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-13)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 99 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**May 08, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Page 1 of 2

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**            MDL No. 1968

**SCHEDULE CTO-13 - TAG-ALONG ACTIONS**

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| ARKANSAS EASTERN |

ARKANSAS EASTERN
  ARE  4  09-189      Thomas Beck v. Actavis Group hf, et al.
  ARE  4  09-190      Lois McClellan v. Actavis Group hf, et al.
  ARE  4  09-191      Deller West v. Actavis Group hf, et al.
  ARE  4  09-192      Robert Bell v. Actavis Group hf, et al.

CALIFORNIA CENTRAL
  CAC  2  09-2244     Michael Everett, etc. v. Actavis Totowa, LLC, et al.
  CAC  2  09-2245     Mary Clare Register v. Actavis Totowa, LLC, et al.

FLORIDA MIDDLE
  FLM  2  09-155      Delores A. Fehlberg v. Actavis Group hf, et al.

KENTUCKY EASTERN
  KYE  5  09-120      Rita Manley, et al. v. Actavis Group hf, et al.
  KYE  6  09-116      Pheby Thomas, etc. v. Actavis Group hf, et al.

KENTUCKY WESTERN
  KYW  3  09-234      Carla York, et al. v. Actavis Totowa, LLC, et al.
  KYW  3  09-251      Henrietta Keen v. Actavis Group hf, et al.
  KYW  4  09-23       Alexandrea Svenningsen v. Actavis Group hf, et al.
  KYW  5  09-51       Barbara McKendree, etc. v. Actavis Group hf, et al.

MICHIGAN EASTERN
  MIE  2  09-11305    David W. Weiland, etc. v. Actavis Totowa, LLC, et al.

MISSISSIPPI NORTHERN
  MSN  1  09-65       William Russell, etc. v. Mylan Pharmaceuticals, Inc., et al.
  MSN  2  09-53       Nancy E. Muse v. Mylan Pharmaceuticals, Inc., et al.

SOUTH DAKOTA
  SD  4   09-4034     Darlene Stoffel, et al. v. Actavis Totowa, LLC, et al.

TENNESSEE MIDDLE
  TNM  3  09-272      John Black v. Actavis Group hf, et al.

**MDL No. 1968 - Schedule CTO-13 Tag-Along Actions (Continued)**

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| TENNESSEE WESTERN | | | |
| TNW | 1 | 09-1057 | Dorothy Ivey, et al. v. Actavis Group hf, et al. |
| TNW | 1 | 09-1066 | Charles Denson, et al. v. Actavis Group hf, et al. |
| TNW | 2 | 09-2140 | Billy Childs v. Actavis Group hf, et al. |
| TEXAS EASTERN | | | |
| TXE | 2 | 09-98 | Willie Criss, et al. v. Actavis Totowa, LLC, et al. |
| UTAH | | | |
| UT | 2 | 09-225 | Betty Chantrill v. Myland Pharmaceuticals, Inc., et al. |